NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MANUEL J. GONZALEZ,
*Petitioner,*

v.

DEPARTMENT OF HOMELAND SECURITY,
*Respondent.*

---

2011-3238

---

Petition for review of the Merit Systems Protection Board in case no. NY0752110080-I-1.

---

## ON MOTION

---

PER CURIAM.

## ORDER

Manuel J. Gonzalez moves for leave to file a principal brief exceeding the page limit by 50 pages. The Department of Homeland Security does not oppose. In a separate motion, Mr. Gonzalez moves for the court to accept his now-submitted 80-page principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Mr. Gonzalez's motion to exceed the page limit by 50 pages is denied.

(2)     Mr. Gonzalez's motion to accept his submitted brief is denied. Petitioner's opening brief, not to exceed 30 pages, is due within 30 days of the date of filing of this order.

FOR THE COURT

DEC 1 9 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Manuel J. Gonzalez
     Armando A. Rodriguez-Feo

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 9 2011

JAN HORBALY
CLERK